UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Abubakah C. Kromah

        v.                    Civil No. 11-cv-525-JD

Strafford County Department of Corrections

O R D E R

Per letter dated April 6, 2012 from the Merrimack County Department of Corrections, plaintiff Abubakah C. Kromah was released to the Federal Marshals on March 13, 2012. Local Rule 83.6(e) states that a pro se party is under a continuing duty to notify the clerk's office of any change of address.

As more than one month has passed since his release to the Marshals, and no updated address has been filed, this case is herewith ordered dismissed without prejudice.

SO ORDERED.

April 20, 2012                          */s/ Joseph A. DiClerico, Jr.*
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

cc:    Abubakah C. Kromah, pro se