UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Abubakah C. Kromah

        v.          Civil No. 11-cv-525-JD

Strafford County Department of Corrections

O R D E R

On September 12, 2012, an Order was issued with a ruling that if the plaintiff notified the Court of his current address on or before September 28, 2012, that the judgment would be set aside and the case would proceed.

On September 24, 2012, a Notice of Current Address, Document #20, was filed by Plaintiff Kromah. It is, therefore, ordered that this case be reopened and be referred to the Magistrate Judge for preliminary review pursuant to Local Rule 4.3(d)(2).

SO ORDERED.


September 26, 2012          */s/ Joseph A. DiClerico, Jr.*
                                         Joseph A. DiClerico, Jr.
                                         United States District Judge

cc:      Abubakah C. Kromah, pro se