UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Abubakah C. Kromah

       v.

Strafford County Department of
Corrections

Civil No. 11-cv-525-JD

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated January 31, 2013. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

                              */s/Joseph A. DiClerico, Jr.*
                              Joseph A. DiClerico, Jr.
                              Chief Judge

Date: March 27, 2013

cc: Abubakah C. Kromah, pro se